UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
QINGDAO FREEDE TRADING CO., LTD,
a Chinese Corporate Entity,                                      Docket No.: 18-cv-10251-SDW-SCM

                          Plaintiff,

               - against -                                    **DEFAULT JUDGMENT**

BAIK KWANG CORP., a New Jersey
Corporation and d/b/a CITY HUNTER and
d/b/a J-HEAD; and CITY HUNTER INC.,
a New Jersey Corporation; and SUNG Y.
PARK a/k/a SUNGYANG PARK and a/k/a
PETER PARK, individually and d/b/a
BAIK KWANG CORP. and d/b/a CITY
HUNTER and d/b/a J-HEAD,

                          Defendants.
------------------------------------------------------------x

       On August 6, 2018, QINGDAO FREEDE TRADING CO., LTD, the plaintiff, applied for default judgment against BAIK KWANG CORP. (d/b/a CITY HUNTER), CITY HUNTER INC., and SUNG Y. PARK (a/k/a SUNGYANG PARK and a/k/a PETER PARK). Based on the application and the accompanying declarations and exhibits attached thereto and other papers on file in this action, it appears that:

       1. BAIK KWANG CORP. (d/b/a CITY HUNTER), CITY HUNTER INC., and SUNG Y. PARK (a/k/a SUNGYANG PARK and a/k/a PETER PARK) have failed to appear in this action by timely pleading, responding to, or otherwise defending against, the complaint in this action after being properly served with them. Accordingly, default was entered against BAIK KWANG CORP. (d/b/a CITY HUNTER), CITY HUNTER INC., and SUNG Y. PARK (a/k/a SUNGYANG PARK and a/k/a PETER PARK) under Rule 55(a) of the Federal Rules of Civil Procedure on July

1

19, 2018.

2. BAIK KWANG CORP. (d/b/a CITY HUNTER), CITY HUNTER INC., and SUNG Y. PARK (a/k/a SUNGYANG PARK and a/k/a PETER PARK) not minor, incompetent persons, or current members of the military service.

3. BAIK KWANG CORP. (d/b/a CITY HUNTER), CITY HUNTER INC., and SUNG Y. PARK (a/k/a SUNGYANG PARK and a/k/a PETER PARK) are indebted to QINGDAO FREEDE TRADING CO., LTD for a sum certain, which is the amount of in the amount of $992,031 based on invoices showing goods sold and delivered.

THEREFORE,

1. Judgment is entered under Federal Rules of Civil Procedure, Rule 55(b)(1) against BAIK KWANG CORP. (d/b/a CITY HUNTER), CITY HUNTER INC., and SUNG Y. PARK (a/k/a SUNGYANG PARK and a/k/a PETER PARK) in the principal amount of $992,031, together with costs in the amount of $850, for a total judgment of **$992,881**.

2. This judgment will bear interest at the judgment rate from the date of this judgment until paid.

Dated:

                                      **William T. Walsh**
                                      Clerk of Court

                              By: _/s/ Shea Arnile_
                                  Deputy Clerk